DeConcini McDonald Yetwin & Lacy, P.C.
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Phone: 602-282-0500
Fax: 602-282-0520
Direct line: 602-282-0472

Lawrence D. Hirsch, #004982
Attorney For Debtors

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

In Re: ) In Proceedings Under Chapter 7
)
RALPH A. STERN, ) Case No. 2:08-bk-17470-SSC
xxx-xx-8863, )
TOMI LYNN STERN, ) MOTION FOR AN ORDER OF
xxx-xx-0342 ) ABANDONMENT OF DEBTORS'
        Debtors. ) REAL PROPERTY
_____)

Debtors, Ralph A. Stern and Tomi L. Stern (hereinafter "Debtors"), by and through counsel undersigned, hereby move this Court for an Order of Abandonment of the estate's interest in the following property:

A.    Debtors' property located at 15929 N. 111th Way, Scottsdale, AZ 85255.

B.    Debtors' property located at 7104 S. 24th Lane, Phoenix, AZ 85041.

    1.    Debtors filed for relief under Chapter 7 of the Bankruptcy code on or about December 3, 2008, being assigned case number 2:08-bk-17470-SSC.

    2.    Debtors seek abandonment of the herein property of the estate.

    3.    The value of the property located at 15929 N. 111th Way, Scottsdale, AZ 85255 is approximately $500,000.00, which is less than the amount of the total of the liens, exemption and costs of sale and is therefore of inconsequential value to the estate.

4. The value of the property located at 7104 S. 24th Lane, Phoenix, AZ 85041 is approximately $90,000.00, which is less than the amount of the total of the liens, exemption and costs of sale and is therefore of inconsequential value to the estate.

Respectfully submitted this 2ND day of July 2009.

DeConcini McDonald Yetwin & Lacy, P.C.

/s/ Lawrence D. Hirsch, #004982
Lawrence D. Hirsch
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Attorney for Debtor

Notice of the foregoing was transmitted
this 2ND day of July 2009, to:

Mailing Matrix

By: /s/ Linda Miernik
Legal Assistant to Lawrence D. Hirsch
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Phone: 602-282-0473
Fax: 602-282-0520